IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES C. BELL** | : | CIVIL ACTION NO. 1:15-cv-1753 |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Mehalchick)** |
| v. | : | |
| | : | |
| **BLUE HEN SPRING WORKS INC.,** et al. | : | |
| | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

Before the Court in the captioned action is the April 14, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 4th day of May 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 9).

2) The case is transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1406(a) for further proceedings.

3) The ruling on Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is deferred to the transferee court.

4) The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania